```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  LEON W. WEIDMAN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  PAUL SACHELARI, CSBN 230082
 5  Special Assistant United States Attorney
         Social Security Administration, Office of the General Counsel
 6       160 Spear St Ste 800
 7       San Francisco, CA 94105
         Telephone: (415) 977-8933
 8       Facsimile: (415) 744-0134
 9       E-mail: paul.sachelari@ssa.gov
    Attorneys for Defendant
10
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MELISSA ANN MEYERS, | ) No. ED CV 13-4327 SH |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($7,500.00), as authorized by

28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

Dated: September 02, 2014

*/s/ Stephen J. Hillman*

HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE